UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| UNITED STATES OF AMERICA | 3:16-CR-00105-AA |
|---|---|
| v. | SUPERSEDING INDICTMENT |
| ROBERT EVANS MAHLER, | 18 U.S.C. § 922(g)(1) |
| Defendant. | Forfeiture Allegation |

THE GRAND JURY CHARGES:

### COUNT 1
(Felon in Possession of a Firearm)
(18 U.S.C. § 922(g)(1))

On or about or between January 19, 2016, and February 16, 2016, in the District of Oregon, defendant **ROBERT EVANS MAHLER**, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

1. On or about June 29, 1994, in the United States District Court, District of Oregon Case No. CR 92-175-1-JO, for False Statement in Acquisition of a Firearm; and

2. On or about June 23, 1995, in United States District Court, District of Oregon Case No. CR 95-22-01-HA, for Illegally Exporting a Defense Article;

did knowingly and unlawfully possess the following firearms:

1. Pistol, Walther, model P22, .22 caliber, serial number L186856;

2. Pistol, FEG, Importer CAI VT, model FP9, 9 mm, serial number F39412;

3. Pistol, Glock, model 21, .45 caliber, serial number BGX455US;

4. Pistol, Sig Sauer, model SP2340, .40 caliber, serial number SP0017865;

5. Rifle, Winchester, model 74, .22 caliber, serial number 101360;

6. Pistol, Colt, model Mark IV, .45 caliber, serial number SS22195;

7. Pistol, Sig Sauer, model P250, .40 caliber, serial number EAK060357;

8. Rifle, Winchester, model 100, .308 caliber, serial number 76014;

9. Rifle, Remington Arms, model 722, .257 caliber, serial number 354410;

10. Rifle, Ruger, model M77, 7 mm, serial number 7818623;

11. Pistol, Glock, model 21, .45 caliber, serial number LSE281;

12. Pistol, Armscor of the Philippines (Squires Bingham), Importer KBI-HBG, model Charles Daly .45 ACP, serial number CD001908;

13. Pistol, Kimber, model CDP II, .45 caliber, serial number K301647;

14. Shotgun, Benelli, model M2, 12 gauge, serial number M814228P;

15. Rifle, Springfield Armory, model M1A, .308 caliber, serial number 104710;

16. Revolver, Smith & Wesson, model 686, .357 caliber, serial number CBA8949;

17. Rifle, Surplus Ammo and Arms, model LOW15, multi caliber, serial number SA05062; and

18. Pistol, Auto Ordnance, Model 1911, .45 ACP caliber, serial number AOC8059;

all of which had previously been transported in interstate commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

///

///

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this indictment defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), the firearms and all ammunition involved in that offense, including without limitation, the following:

1. Pistol, Walther, model P22, .22 caliber;

2. Pistol, FEG, Importer CAI VT, model FP9;

3. Pistol, Glock, model 21, .45 caliber;

4. Pistol, Sig Sauer, model SP2340, .40 caliber;

5. Rifle, Winchester, model 74, .22 caliber;

6. Pistol, Colt, model Mark IV, .45 caliber;

7. Pistol, Sig Sauer, model P250, .40 caliber;

8. Rifle, Winchester, model 100, .308 caliber;

9. Rifle, Remington Arms, model 722, .257 caliber;

10. Rifle, Ruger, model M77, 7 mm;

11. Pistol, Glock, model 21, .45 caliber;

12. Pistol, Armscor of the Philippines (Squires Bingham), Importer KBI-HBG, model Charles Daly .45 ACP;

13. Pistol, Kimber, model CDP II, .45 caliber;

14. Shotgun, Benelli, model M2, 12 gauge;

15. Rifle, Springfield Armory, model M1A, .308 caliber;

///

///

16. Revolver, Smith & Wesson, model 686, .357 caliber;

17. Rifle, Surplus Ammo and Arms, model LOW15, multi caliber; and,

18. Pistol, Auto Ordnance, Model 1911, .45 ACP caliber;

together with any ammunition, which had previously been transported in interstate commerce.

DATED this 4 day of October 2016.

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney
District of Oregon

_____
GREGORY R. NYHUS, OSB #913841
Assistant United States Attorney