Raymond S. Tindell, OSB 87089
Attorney at Law
1122 NE 122nd Ave Ste B211
Portland, OR 97230
 (503)257-9268; fax (503)256-6470
raypdxlaw@gmail.com

Attorney for Defendant Robert Evans Mahler

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. 3:16-CR-00105-AA |
|---|---|
| Plaintiff, | ) DEFENDANT'S COUNSEL'S ) MOTION TO WITHDRAW AS ) ATTORNEY FOR DEFENDANT |
| v. | ) AND REQUEST FOR ) RE-APPOINTMENT OF CJA |
| ROBERT EVANS MAHLER, | )   COUNSEL |
| Defendant. | ) |

Defendant ROBERT EVANS MAHLER, through his attorney, Raymond Tindell, was retained by defendant to represent him in this case, makes this Motion to Withdraw as Attorney for Defendant, at Defendant's request to re-appoint CJA Panel Counsel. This Motion is made pursuant to Oregon Rules of Professional Responsibility 1.16(a)(3).

The cause for this Motion is that Defendant has informed Counsel that he is not pleased with counsel's representation of defendant, that he no longer trusts the advice of counsel, that

1- DEFENDANT'S COUNSEL'S MOTION TO WITHDRAW

counsel is not acting in his best interests, that irreconcilable differences exist as Defendant has lost faith and confidence in Counsel's abilities. Counsel is no longer able to effectively represent Defendant, and there has been a breakdown in communications between defendant and Defendant's Counsel. Further , Defendant has directed Counsel to withdraw as his attorney. Counsel believes that the Defendant may very well benefit from the advice of other counsel, and defendant has requested to Counsel ask that a CJA Attorney be re-appointed to Defendant.

Respectfully submitted this 27th day of February, 2017.

      /S/   Raymond Tindell
Raymond Tindell, OSB 87089
Attorney for Defendant

2- DEFENDANT'S COUNSEL'S MOTION TO WITHDRAW