**Ernest Warren, Jr., OSB #891384**
E-Mail: e.warren@warrenpdxlaw.com
Warren & Sugarman
838 SW First Avenue, Suite 500
Portland, Oregon   97204
Tel: (503) 228-6655
Fax: (503) 228-7019

**Attorney for Defendant Robert Evans Mahler**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No.  3:16-CR-00105-AA-1 |
| **Plaintiff,** | |
| v. | **DEFENDANT'S MOTION IN LIMINE** |
| **ROBERT EVANS MAHLER,** | |
| **Defendant.** | HEARING DATE & TIME: |
| | January 8, 2018 at 10:00 AM |

COMES NOW the defendant, Robert Evans Mahler, by and through his attorney, Ernest Warren, Jr., and moves the Court to limit the introduction of evidence pursuant to the provisions of the Federal Rules of Evidence and supporting case law. This motion is accompanied by a Memorandum or Points and Authorities, the pleadings, and discovery pages MAHLER_0000021 through MAHLER_0000040, and MAHLER_0000587 through MAHLER_0000589.

DATED this 7 day of December, 2017.

*/s/ Ernest Warren, Jr.*
Ernest Warren, Jr.
Attorney for Defendant

**Page 1  DEFENDANT'S MOTION IN LIMINE**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a certified true copy of the **DEFENDANT'S MOTION IN LIMINE** in the attached matter upon the parties listed below by notice of electronic filing using the CM/ECF System as follows:

**Gregory R. Nyhus**
U.S. Attorney's Office
District of Oregon
1000 S.W. Third Avenue
Suite 600
Portland, OR 97204
503-727-1118
Fax: 503-727-1117

and filed the original with the Court on the date listed below.

DATED this 7 day of December, 2017.

**WARREN & SUGARMAN**

/s/Ernest Warren, Jr.
**Ernest Warren, Jr. OSB No. 891384**
Attorney for Defendant