Ernest Warren, Jr., OSB #891384
E-Mail: e.warren@warrenpdxlaw.com
Warren & Sugarman
838 SW First Avenue, Suite 500
Portland, Oregon  97204
Tel: (503) 228-6655
Fax: (503) 228-7019

**Attorney for Defendant Robert Evans Mahler**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT EVANS MAHLER,<br><br>Defendant. | No. 3:16-CR-00105-AA-1<br><br>AFFIDAVIT OF ROBERT EVANS MAHLER IN SUPPORT OF DEFENDANT'S MOTION FOR JUDGE TO RECUSE HERSELF FROM CASE |

STATE OF OREGON  )
                 ) ss.
County of Multnomah )

I, Robert Evans Mahler, having been first duly sworn do hereby depose and say:

1. I am the defendant in the above-captioned case.

2. On or about October 1, 2017, I wrote a letter to the Honorable Ann L. Aiken about how I felt threatened and afraid after meeting with AUSA Greg Nyhus and my former attorney, Sam Kauffman, at a reverse proffer held on September 23, 2017.

Page 1 AFFIDAVIT OF ROBERT EVANS MAHLER IN SUPPORT OF DEFENDANT'S
       MOTION FOR JUDGE TO RECUSE HERSELF FROM CASE

3. On November 20, 2017, I appeared at a status conference before the Honorable Ann L. Aiken. Among other things, she spoke about the letter I wrote to her to express fear and threats I experienced in my meeting with AUSA Greg Nyhus on September 22, 2017. Judge Aiken told me that I was "going to prison" no matter how hard I try to fight for my rights as a citizen of the United States.

4. I asked my attorney to get a full transcript of the status conference on November 20, 2017, and I herein incorporate by reference the full transcript of the hearing as my factual reasons why I believe that Judge Aiken is biased and prejudiced against me. Why then would she say that I am "going to prison" if I have yet to go to trial if a federal judge is supposed to make available the presumption of innocence at all phases of pretrial and trial proceedings?

5. I request that Judge Aiken remove herself from my case.

DATED this 7 day of December, 2017.

ROBERT EVANS MAHLER

Subscribed and sworn to before me this 5TH day of December, 2017.

NOTARY PUBLIC FOR OREGON
My Notary Expires: August 8, 2021



OFFICIAL STAMP
ANGELA D THOMAS
NOTARY PUBLIC-OREGON
COMMISSION NO. 964968
MY COMMISSION EXPIRES AUGUST 08, 2021

**Page 2  AFFIDAVIT OF ROBERT EVANS MAHLER IN SUPPORT OF DEFENDANT'S MOTION FOR JUDGE TO RECUSE HERSELF FROM CASE**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a certified true copy of the **DEFENDANT'S MOTION FOR JUDGE TO RECUSE HERSELF FROM CASE AND AFFIDAVIT IN SUPPORT OF DEFENDANT'S TO SUPPRESS EVIDENCE AND CERTIFICATE OF COUNSEL OF RECORD** in the attached matter upon the parties listed below by notice of electronic filing using the CM/ECF System as follows:

**Gregory R. Nyhus**
U.S. Attorney's Office
District of Oregon
1000 S.W. Third Avenue
Suite 600
Portland, OR 97204
503-727-1118
Fax: 503-727-1117

and filed the original with the Court on the date listed below.

DATED this 7 day of December, 2017.

**WARREN & SUGARMAN**

/s/Ernest Warren, Jr.
**Ernest Warren, Jr. OSB No. 891384**
Attorney for Defendant