BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**GREGORY R. NYHUS, OSB #913841**
Assistant United States Attorney
greg.r.nyhus@usdoj.gov
**NATALIE K. WIGHT, OSB #035576**
Assistant United States Attorney
natalie.wight@usdoj.gov
1000 S.W. Third Ave., Suite 600
Portland, Oregon  97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| UNITED STATES OF AMERICA | Case No. 3:16-CR-00105-AA |
|---|---|
| v. | GOVERNMENT'S EXHIBIT LIST |
| ROBERT EVANS MAHLER, | |
| Defendant. | |

The United States of America, by Billy J. Williams, United States Attorney for the District of Oregon, and through Gregory R. Nyhus and Natalie K. Wight, Assistant United States Attorneys for the District of Oregon, hereby provides notice that it intends to introduce the following exhibits in evidence during its case-in-chief at trial:

| Exhibit | Description | Identification |
|---|---|---|
| **Physical exhibits** | | |
| 1. | Pistol, Walther, model P22, .22 caliber, serial number L186856 | ATF_000005 (ssi no. 1) |
| 2. | Pistol, FEG, Importer CAI VT, model FP9, 9 mm, serial number F39412 | ATF_000007 (ssi no. 2) |

Government's Exhibit List

| Exhibit | Description | Identification |
|---|---|---|
| 3. | Pistol, Glock, model 21, .45 caliber, serial number BGX455US | ATF_000009 (ssi no. 3) |
| 4. | Pistol, Sig Sauer, model SP2340, .40 caliber, serial number SP0017865 | ATF_000017 (ssi no. 4) |
| 5. | Rifle, Winchester, model 74, .22 caliber, serial number 101360 | ATF_000029 (ssi no. 5) |
| 6. | Pistol, Colt, model Mark IV, .45 caliber, serial number SS22195 | ATF_000086 (ssi no. 6) |
| 7. | Pistol, Sig Sauer, model P250, .40 caliber, serial number EAK060357 | ATF_000091 (ssi no. 7) |
| 8. | Rifle, Winchester, model 100, .308 caliber, serial number 76014 | ATF_000094 (ssi no. 8) |
| 9. | Rifle, Remington Arms, model 722, .257 caliber, serial number 354410 | ATF_000099 (ssi no. 9) |
| 10. | Rifle, Ruger, model M77, 7 mm, serial number 7818623 | ATF_000100 (ssi no. 10) |
| 11. | Pistol, Glock, model 21, .45 caliber, serial number LSE281 | ATF_000124 (ssi no. 11) |
| 12. | Pistol, Armscor of the Philippines (Squires Bingham), Importer KBI-HBG, model Charles Daly .45 ACP, serial number CD001908 | ATF_000135 (ssi no. 12) |
| 13. | Pistol, Kimber, model CDP II, .45 caliber, serial number K301647 | ATF_000137 (ssi no. 13) |
| 14. | Shotgun, Benelli, model M2, 12 gauge, serial number M814228P | ATF_000148 (ssi no. 14) |
| 15. | Rifle, Springfield Armory, model M1A, .308 caliber, serial number 104710 | ATF_000149 (ssi no. 15) |
| 16. | Revolver, Smith & Wesson, model 686, .357 caliber, serial number CBA8949 | ATF_000156 (ssi no. 16) |
| 17. | Rifle, Surplus Ammo and Arms, model LOW15, multi caliber, serial number SA05062 | ATF_000166 (ssi no. 17) |
| 18. | Pistol, Auto Ordnance, Model 1911, .45 ACP caliber, serial number AOC8059 | ATF_000083 (ssi no. 18) |
| **Photographs of defendant's firearms and ammunition stored at Daggett residence:** | | |
| 19. | Liberty brand safe unopened and open | Bates 379, 422, and 458 |
| 20. | Knack brand tool box unopened | Bates 359, 394, and 443 |
| 21. | Safe and footlocker unopened | Bates 442 |
| 22. | Keys | Bates 445 and 446 |

**Government's Exhibit List**                                                                                                   **Page 2**

| Exhibit | Description | Identification |
|---|---|---|
| 23. | Footlocker closed and open | Bates 450, 455, and 534 |
| 24. | Toolbox open | Bates 451, 452, and 472 |
| 25. | Magazines | Bates 460 |
| 26. | Pistol—Walther P22 | Bates 464 (ssi no. 1) |
| 27. | Pistol—FEG FP9 with magazine | Bates 468, 469 (ssi no. 2) |
| 28. | Pistol—Glock 21 | Bates 473 (ssi no. 3) |
| 29. | Magazines | Bates 477 |
| 30. | Pistol—Sig Sauer P250 | Bates 478 (ssi no. 7) |
| 31. | Rifles—Winchester 100 rifle (top firearm in photo 486); Remington Arms 722 rifle (bottom firearm in photo 486); Ruger M77 rifle (third firearm in photo 486) | Bates 486 (ssi nos. 8-10) |
| 32. | Vest with pistol and pistol removed—Sig Sauer SP2340 | Bates 491, 492 (ssi no. 4 ) |
| 33. | Pistol—Colt Mark IV | Bates 472 (ssi no. 6) |
| 34. | Pistol—Auto Ordnance 1911 | Bates 466 (ssi no. 18) |
| 35. | Ammunition and Ammunition mailing tag | Bates 496 and 497 |
| 36. | Ammunition marked with "RM" | Bates 514 and 515 |
| 37. | Rifle—Winchester 74 | Bates 526 (ssi no. 5) |
| 38. | Mailing tag to CTD | Bates 535 |
| **Photographs of firearms and evidence at defendant's residence:** | | |
| 39. | Outside of residence | Bates 568 |
| 40. | Dresser in defendant's room and with keys | HouseDSC 004 and 041 |
| 41. | Ballistic vest | HouseDSC 010 and 112 |
| 42. | Defendant's desk | HouseDSC 016 |

| Exhibit | Description | Identification |
|---|---|---|
| 43. | Defendant's bedroom | HouseDSC 032 and 035 |
| 44. | Defendant's closet | HouseDSC 037 |
| 45. | Defendant's bedside table and bed | HouseDSC 043 |
| 46. | Defendant's mattress and bedframe | HouseDSC 094 |
| 47. | Pistol by Defendant's bed—Armscor of Phillippines (Squires Bingham) | HouseDSC 095 and 096 (ssi no. 12) |
| 48. | Pillow on Defendant's bed with pistol--Kimber CDP II | HouseDSC 104 and 106 (ssi no. 13) |
| 49. | Bedframe w/ gun box under the bed | HouseDSC 103 |
| 50. | Pistol--Smith & Wesson 686 revolver in box from under the bed | HouseDSC 205 and 206 (ssi no. 16) |
| 51. | Living room and side table | HouseDSC 048 and 050 |
| 52. | Liberty safe combination | HouseDSC 116 and 117 |
| 53. | NRA certification card with January 2018 exp. | HouseDSC 118 and119 |
| 54. | Bookshelf | HouseDSC 120 |
| 55. | Los Angeles Police Department Letter | HouseDSC 121 |
| 56. | Marin County Concealed Handgun License Packet | HouseDSC 129 and 130 |
| 57. | Benelli shotgun box | HouseDSC 131 |
| 58. | Defendant's bedroom closet and rifle--Springfield Armory M1A | HouseDSC 135 and 140 (ssi no. 15) |
| 59. | Defendant's bedroom closet and Benelli shotgun | HouseDSC 142 (ssi no. 14) |
| 60. | Defendant's closet with rifle—surplus Ammo and Arms Low 15 | HouseDSC 251 and 252 (ssi no. 17) |
| 61. | Defendant's desk and keys | HouseDSC 158 and 159 |

| Exhibit | Description | Identification |
|---|---|---|
| 62. | Cabinet and key rings | HouseDSC 207 and 208 |
| **Photographs of firearms and evidence from defendant's vehicle** | | |
| 63. | Car with back hatch open | CarDSC 015 |
| 64. | Liner in back lifted | CarDSC 035 |
| 65. | Gun bag in back of car | CarDSC 036 |
| 66. | Gun bag with Glock pistol, model 21 | CarDSC 038 040 (ssi no. 11) |
| 67. | Driver's side door open | CarDSC 045 |
| 68. | Liberty Safe Combo | CarDSC 046 |
| 69. | Key rings near console | CarDSC 049 |
| **Documents** | | |
| 70. | Diagram of defendant's house floorplan | Bates 078 |
| 71. | Purchase Invoice document for purchase of ammunition | Bates 030 |
| 72. | Cashier's check receipt for ammunition purchase | Bates 028, document |
| 73. | Receipt for sending cashier's check via mail | Bates 029, document |
| 74. | Handwritten note related to ammunition purchase | Bates 031, document |
| 75. | Firearms Transaction Record, OTC by Curtis Allen | Bates 596-98, document |
| 76. | Bill of Sale of from Curtis Allen | Bates 591, document |
| 77. | Los Angeles Police Department Letter to Silverton Police | Bates 599-607 Document |
| 78. | Certified copies of conviction documents relating to prior felonies | Bates 205-241 if not stipulated |
| 79. | Oregon State Police Lab Report | Bates 639-640 |
| 80. | Curriculum Vitae of Karl Deering, Latent Print Examiner Oregon Department of State Police Forensic Laboratory | Document |

The government respectfully reserves the right to offer additional exhibits as may be necessary during its case-in-chief or in rebuttal.

DATED this 24th day of August 2018.

        Respectfully submitted,

        BILLY J. WILLIAMS
        United States Attorney

        */s/ Natalie K. Wight*
        GREGORY R. NYHUS, OSB #913841
        NATALIE K. WIGHT, OSB #035576
        Assistant United States Attorneys