**Ernest Warren, Jr. OSB 891384**
E-Mail: e.warren@warrenpdxlaw.com
Warren & Sugarman
Suite 500, 838 SW First Avenue
Portland, Oregon 97204
Tel: (503) 228-6655
Fax: (503) 228-7019

    **Attorney for Defendant Robert Evans Mahler**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:16-CR-00105-AA |
| Plaintiff, | **MOTION TO WITHDRAW ATTORNEY OF RECORD FOR THE DEFENDANT** |
| v. | |
| ROBERT EVANS MAHLER, | |
| Defendant. | |

Attorney Ernest Warren, Jr., moves the Court for an Order withdrawing as attorney of record for defendant Robert Evans Mahler, for reasons stated in the Ex Parte Declaration of Ernest Warren, Jr.

DATED this 10 day of April, 2019.

    RESPECTFULLY SUBMITTED

    WARREN & SUGARMAN

    /S/ Ernest Warren, Jr.
    _____
    **Ernest Warren, Jr. OSB No. 891384**
    Attorney for defendant

## CERTIFICATE OF SERVICE

I hereby certify that I have served a certified true copy of the **MOTION TO WITHDRAW AS ATTORNEY OF RECORD** in the attached matter upon the parties listed below by notice of electronic filing using the CM/ECF System as follows:

**Gregory R. Nyhus**
United States Attorney's Office
1000 SW Third Avenue
Suite 600
Portland, OR 97204
(503) 727-1015
Fax: (503) 727-1117
Email: greg.r.nyhus@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

and filed the original with the Court on the date listed below.

DATED this 10 day of April 2019.

**WARREN & SUGARMAN**

/s/Ernest Warren, Jr.
**Ernest Warren, Jr. OSB No. 891384**
Attorney for Defendant

Page 1- Certificate of Service