TO:        Judge Ann L. Aiken
             United States District Court, District of Oregon (Portland (3))

DATE:    September 24, 2019

FROM:   Attorney Mark J. Geiger

SUBJECT:  Advance Authorization for Expert Services

It is requested that advance authorization be granted to obtain services in an amount in excess of the maximum allowed under the provisions of subsection (e)(3) of the Criminal Justice Act, 18 U.S.C. § 3006A, as follows:

| | |
|---|---|
| Case Name & Designation: | USA v. Mahler |
| Name of Expert: | Dr. J. Wilson Kenney |
| | Center for Integrated Intervention |
| | 3 Monroe Pkwy |
| | Suite P PMB 431 |
| | Lake Oswego, OR 97035 |
| Type of Service: | Psychological Evaluation |
| Reasons for Application: | mitigation |
| Estimated Compensation: | $4,500 (25 hours at $180/hour) |

I certify that the estimated compensation in excess of the maximum set forth in 18 U.S.C. § 3006A(e)(3) appears necessary to provide fair compensation for services of an unusual character or duration and therefore recommend approval of this advance authorization in the amount of $_____.


_____    _____
United States District Judge                Date
Or United States Magistrate Judge

Advance authorization is hereby approved in the amount of $_____.



_____    _____
Chief Judge, United States Court of    Date
Appeals (or Delegate)

CJA 21 AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES (Rev. 05/12)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED Robert Evans Mahler | | | VOUCHER NUMBER | |
|---|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER 3:16-mj-00017 | 4. DIST. DKT./DEF. NUMBER 3:16-cr-00105-AA-1 | | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name) USA v. Mahler | 8. PAYMENT CATEGORY ☒ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☐ Appeal | | 9. TYPE PERSON REPRESENTED ☒ Adult Defendant ☐ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other | | 10. REPRESENTATION TYPE (See Instructions) |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
18 USC Section 922(g)(1)

### REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

12. ATTORNEY'S STATEMENT
As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
☒ Authorization to obtain the service. Estimated Compensation and Expenses: $ 4,500.00     OR
☐ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. *(Note: Prior authorization should be obtained for services in excess of $800, excluding expenses)*

Signature of Attorney _[signed]_    Date 9/24/2019

☐ Panel Attorney   ☒ Retained Attorney   ☐ Pro-Se   ☐ Legal Organization

ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS
Mark J. Geiger
317 Court St NE #211
Salem, OR 97301
Telephone Number: (503) 588-1723

13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES (See Instructions)
Please see attachment.

14. TYPE OF SERVICE PROVIDER (See Instructions)
01 ☐ Investigator
02 ☐ Interpreter/Translator
03 ☒ Psychologist
04 ☐ Psychiatrist
05 ☐ Polygraph
06 ☐ Documents Examiner
07 ☐ Fingerprint Analyst
08 ☐ Accountant
09 ☐ CALR (Westlaw/Lexis, etc.)
10 ☐ Chemist/Toxicologist
11 ☐ Ballistics
13 ☐ Weapons/Firearms/Explosive Expert
14 ☐ Pathologist/Medical Examiner
15 ☐ Other Medical
16 ☐ Voice/Audio Analyst
17 ☐ Hair/Fiber Expert
18 ☐ Computer (Hardware/Software/Systems)
19 ☐ Paralegal Services
20 ☐ Legal Analyst/Consultant
21 ☐ Jury Consultant
22 ☒ Mitigation Specialist
23 ☐ Duplication Services
24 ☐ Other (Specify)
25 ☐ Litigation Support Services
26 ☐ Computer Forensics Expert

15. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 12 is hereby granted.

Signature of Presiding Judge or By Order of the Court _____

Date of Order _____    Nunc Pro Tunc Date _____

Repayment or partial repayment ordered from the person represented for this service at time of authorization.
☐ YES   ☐ NO

### CLAIM FOR SERVICES AND EXPENSES

| 16. SERVICES AND EXPENSES (Attach itemization of services with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | | | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | |
| c. Other Expenses | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | $0.00 | $0.00 | |

17. PAYEE'S NAME AND MAILING ADDRESS

TIN: _____
Telephone Number: _____

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM _____ TO _____

CLAIM STATUS   ☐ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee _____    Date _____

18. CERTIFICATION OF ATTORNEY   I hereby certify that the services were rendered for this case.

Signature of Attorney _____    Date _____

### APPROVED FOR PAYMENT — COURT USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED $0.00 |
|---|---|---|---|

23. ☐ Either the total cost *(excluding expenses)* of all services combined does not exceed $800, or prior authorization was obtained.
☐ Prior authorization was not obtained, but in the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost *(excluding expenses)* exceeds $800.

Signature of Presiding Judge _____    Date _____    Judge Code _____

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED $0.00 |
|---|---|---|---|

28. PAYMENT APPROVED IN EXCESS OF THE STATUTORY THRESHOLD UNDER 18 U.S.C. § 3006A(e)(3)

Signature of Chief Judge, Court of Appeals (or Delegate) _____    Date _____    Judge Code _____

## CJA 21 Authorization and Voucher for Expert and Other Services

Paragraph 13 (Description of and Justification for Services) Attachment

---

Mr. Mahler is facing in excess of 5 years in prison for a conviction relating to his illegal possession of a firearm. He has a long history of minor psychological problems, but I believe that he has PTSD and possibly other mental health problems that are related to his crime of conviction. Essentially, he was in possession of many, many firearms and he had a federal firearm conviction in his past which made it illegal for him to possess firearms. I think the psychological exam will enable to court to see that his crime of conviction is tied to extreme fear and paranoia related to his troubled past, which will function as mitigation. Hopefully, I can persuade the judge to give him a probationary sentence. Without any source of mitigation, I am unable to provide my client with adequate assistance of counsel, and I can't "prove" that my concerns are valid unless I have a professional backing me."

| CJA 23 (Rev. 11/11) | **FINANCIAL AFFIDAVIT** |
|---|---|
| | IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE |

IN THE UNITED STATES ☒ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify below)

IN THE CASE OF: USA v. Mahler
3:16-cr-00105

FOR

**LOCATION NUMBER**

PERSON REPRESENTED (Show your full name): Robert Evans Mahler

1 ☒ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate Judge: 3:16-mj-00017
District Court: 3:16-cr-00105
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor
18 U.S.C. Section 922(g)(1)

### ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Self-Employed
Name and address of employer: n/a
IF YES, how much do you earn per month? $
IF NO, give month and year of last employment? 1980
How much did you earn per month? $

If married, is your spouse employed? ☐ Yes ☒ No
IF YES, how much does your spouse earn per month? $
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No

| RECEIVED | SOURCES |
|---|---|
| $ 1,296.00 | Social Security |
| $ 1,321.62 | Travelers Ins. Annuity |
| $ 2,413.89 | Guaranty Assn. Annuity |

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, total amount? $ 300.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No

| VALUE | DESCRIPTION |
|---|---|
| $ 5,500.00 | 2011 Kia Sorento 120k miles |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
☐ Single
☒ Married (X)
☐ Widowed
☐ Separated or Divorced
Total No. of Dependents:
List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS** (Rent, utilities, loans, charge accounts, etc.)

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| see attachment | $ | $ ~2,676 |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Bob Mahler

Date: 9/23/2019

## BUDGET - EXPENSES

| | |
|---|---|
| Fuel (Personal & Farm) | $165.00 to $175.00 month |
| Food | $500.00 to $600.00 month |
| Clothing (Personal & Farm) | $40.00 to $60.00 month |
| Medical/Dental (Dr., & Rx) | $300.00 to $375.00 month |
| Entertainment | $30.00 to $60.00 month |
| Recreation | $36.00 to $45.00 month |
| Farm Supplies | $15.00 to $45.00 month |
| Service Dog | $125.00 to $150.00 month |
| Medical Ins. | $104.90 month |
| Insurance (Auto) | $132.00 month |
| Registration (Auto) | $7.00 month |
| Home Payment | $450.00 month |
| Utilities | $390.00 month |
| Cattle Feed (Vet, grain) | $210.00 to 250.00 month |
| TOTALS | $2,504.90 to $2848.90 month |

## SINGLE EXPENSE

| | |
|---|---|
| Loafing Shed Roof | $250.00 |
| Carport Loss (wind storm) | $1,250.00 |
| Breeding of cows | $75.00 |

## INCOME

| | |
|---|---|
| Social Security | $1,296.00 month |
| Guaranty Assn. Annuity | $2,413.89 month |
| Travelers Ins. Annuity | $1,321.62 month |