# M a r k  G e i g e r
## Attorney at Law

**317 Court Street NE, Suite 211**
**Salem, OR  97301**
**Phone 503-588-1723**
**Fax 503-581-2260**
mark@markgeiger.com

_____

September 25, 2019


Judge Ann L. Aiken
United States District Court, District of Oregon (Portland (3))


RE:    USA v. Mahler  3:16-cr-00105-AA-1

Dear Judge Aiken:

I am giving you an update as you requested.  We are in the process of applying for public funding assistance, as Mr. Mahler is unable to pay himself for the psychological evaluation.  It is currently scheduled for early in October.  Hopefully, we will have the funding by then.  Whether the report from the psychologist is done in time for sentencing is unknown at this point.

Thank you.

Sincerely,

Mark Geiger

cc:  Gregory R. Nyhus, Natalie K. Wight (via ECF)