Per C. Olson, OSB #933863
HOEVET OLSON, PC
1000 SW Broadway, Suite 1740
Portland, Oregon 97205
Telephone: (503) 228-0497
Facsimile: (503) 228-7112
Email: per@hoevetlaw.com
    Of Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT EVANS MAHLER, <br><br> Defendant. | Case No. 3:16-CR-00105-AA <br><br> DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION |

Defendant, Robert Evans Mahler, through his attorney Per Olson, hereby moves for early termination of his probation. 18 U.S.C. § 3564(c) (the court may terminate probation any time after the expiration of one year in the case of a felony, upon consideration of the factors set forth in section 3553(a)).

Defendant pled guilty to a single count Information charging Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1). The Court sentenced defendant to three years of probation on October 5, 2020. (ECF 225). Defendant has now served one-half of that term of probation, or about a year and a half.

Mr. Mahler is now 72 years of age, and resides with his wife in Silverton. He has been in perfect compliance with the terms of his probation. He is supervised by Eric Myrene in the Salem office. The level of supervision has been very low. Mr. Myrene

Page 1 - DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION

HOEVET OLSON, PC
ATTORNEYS AT LAW
1000 S.W. BROADWAY, #1740
PORTLAND, OREGON 97205
(503) 228-0497

has come out to defendant's property approximately three times; one time was for purposes of training a new probation officer. Mr. Myrene also has checked in a couple times by video. Mr. Mahler is not required to go into the probation office; he just submits monthly reports.

Mr. Mahler has not needed any assistance from probation in dealing with a substance abuse or mental health problem or in finding housing or employment. He does not live a lifestyle that needs redirection. His life revolves around helping his wife take care of six cows on their property and various social activities. He still is actively involved in managing a table tennis club at the Kroc Center, a community center in Salem. He also has been asked to start a chess club there. When needed, he also helps out at the Ivahna Food Share near Detroit Lake.

Mr. Mahler asks to have his probation terminated primarily in order to facilitate out-of-state travel. For example, he has a good friend in Nevada, but a Nevada statute requires him as a probationer to register with the local sheriff's office when staying more than two days. He also would like to travel internationally.

In sum, pending a positive report from probation regarding Mr. Mahler's compliance, defendant respectfully asks the Court to terminate his probation.

DATED this 4th day of May, 2022.

HOEVET OLSON, PC

___s/ Per C. Olson___
Per C. Olson, OSB #933863
Of Attorneys for Defendant

Page 2 - DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION

HOEVET OLSON, PC
ATTORNEYS AT LAW
1000 S.W. BROADWAY, #1740
PORTLAND, OREGON 97205
(503) 228-0497